United States District Court
Southern District of Texas
**ENTERED**
April 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMEKA LOMAS | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-1261 |
| | § | |
| ROCK CREEK CAPITAL, LLC, and | § | |
| NOACK LAW FIRM, PLLC | § | |

## ORDER OF DISMISSAL

In accordance with the Notice Dismissal filed on April 17, 2023 (Doc. No. 5), this case is **DISMISSED** without prejudice as to Defendant Noack Law Firm, PLLC, only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Costs are taxed against Plaintiff. Claims against Defendant Rock Creek Capital, LLC, remain pending.

SIGNED at Houston, Texas, this ___19th___ day of April 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE